1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN (State Bar No. 189268)
2  MAYA SORENSEN (State Bar No. 250722)
   TERESA ALLEN (State Bar No. 264865)
3  HADDAD & SHERWIN LLP
   505 Seventeenth Street
4  Oakland, California 94612
   Telephone: (510) 452-5500
5  Facsimile: (510) 452-5510

6  Attorneys for Denise Smart

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENISE SMART, Individually and as Successor in Interest of Decedent DANIEL SHAHAM,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL, a state agency, CHIEF OF CHP NORTHERN DIVISION HEADQUARTERS, SCOTT GILLINGWATER, in his individual capacity; CALIFORNIA HIGHWAY PATROL OFFICER PAUL BRIAN SHADWELL; and DOES 1 through 10, individually, jointly and severally,<br><br>Defendants. | No: 2:17-cv-01075-TLN-EFB<br><br>**STIPULATION AND (PROPOSED) ORDER RE: "FIRST LOOK" AGREEMENT RE: DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 45 SUBPOENAS SEEKING DANIEL SHAHAM'S MEDICAL RECORDS** |

The parties, by and through their respective attorneys of record, hereby stipulate to the following order being issued in this matter:

1. On July 16 2018, Plaintiff's counsel received a Federal Rule of Civil Procedure 45 subpoenas for the Production of Documents which counsel for Defendants served or will serve by ACE Imaging Technologies, Inc. on the following entity:

   (1.) Marin General Hospital, seeking "[a]ny and all records relating to decedent Daniel Shaham, from June 4, 2011, to the present, including but not limited to diagnoses, treatment (including therapy and prescriptions), and counseling for any medical or mental health condition including psychiatric, psychological, or drug or alcohol dependency, including applications and/or inquiries for service, medical records, summaries/reports, treatment and progress notes, tests, studies, laboratory reports or results, correspondence (including communications between facility and patient and or patient's representatives), diagnosis notes and reports, prognosis notes and reports, consultation records, sign-in sheets, documents relating to patient history, and examination and any other records or logs, handwritten notes, including but not limited to any records/documents that may be stored digitally and/or electronically.";

   (2.) Alta Bates Medical Center, seeking "[a]ny and all records relating to decedent Daniel Shaham, from June 4, 2011, to the present, including but not limited to diagnoses, treatment (including therapy and prescriptions), and counseling for any medical or mental health condition including psychiatric, psychological, or drug or alcohol dependency, including applications and/or inquiries for service, medical records, summaries/reports, treatment and progress notes, tests, studies, laboratory reports or results, correspondence (including communications between facility and patient and or patient's representatives), diagnosis notes and reports, prognosis notes and reports,

|   |   |   |
|---|---|---|
| 1 | | consultation records, sign-in sheets, documents relating to patient history, and |
| 2 | | examination and any other records or logs, handwritten notes, including but |
| 3 | | not limited to any records/documents that may be stored digitally and/or |
| 4 | | electronically."; |
| 5 | (3.) | Daniel Scott May, seeking "[a]ny and all records relating to decedent Daniel |
| 6 | | Shaham, from June 4, 2011, to the present, including but not limited to |
| 7 | | diagnoses, treatment (including therapy and prescriptions), and counseling |
| 8 | | for any medical or mental health condition including psychiatric, |
| 9 | | psychological, or drug or alcohol dependency, including applications and/or |
| 10 | | inquiries for service, medical records, summaries/reports, treatment and |
| 11 | | progress notes, tests, studies, laboratory reports or results, correspondence |
| 12 | | (including communications between facility and patient and or patient's |
| 13 | | representatives), diagnosis notes and reports, prognosis notes and reports, |
| 14 | | consultation records, sign-in sheets, documents relating to patient history, and |
| 15 | | examination and any other records or logs, handwritten notes, including but |
| 16 | | not limited to any records/documents that may be stored digitally and/or |
| 17 | | electronically."; |
| 18 | (4.) | Shai Lavie, LMFT, seeking "[a]ny and all records relating to decedent Daniel |
| 19 | | Shaham, from June 4, 2011, to the present, including but not limited to |
| 20 | | diagnoses, treatment (including therapy and prescriptions), and counseling |
| 21 | | for any medical or mental health condition including psychiatric, |
| 22 | | psychological, or drug or alcohol dependency, including applications and/or |
| 23 | | inquiries for service, medical records, summaries/reports, treatment and |
| 24 | | progress notes, tests, studies, laboratory reports or results, correspondence |
| 25 | | (including communications between facility and patient and or patient's |
| 26 | | representatives), diagnosis notes and reports, prognosis notes and reports, |
| 27 | | consultation records, sign-in sheets, documents relating to patient history, and |

| | | |
|---|---|---|
| 1 | | examination and any other records or logs, handwritten notes, including but |
| 2 | | not limited to any records/documents that may be stored digitally and/or |
| 3 | | electronically."; |
| 4 | (5.) | Olga Segal, M.D., seeking "[a]ny and all records relating to decedent Daniel |
| 5 | | Shaham, from June 4, 2011, to the present, including but not limited to |
| 6 | | diagnoses, treatment (including therapy and prescriptions), and counseling |
| 7 | | for any medical or mental health condition including psychiatric, |
| 8 | | psychological, or drug or alcohol dependency, including applications and/or |
| 9 | | inquiries for service, medical records, summaries/reports, treatment and |
| 10 | | progress notes, tests, studies, laboratory reports or results, correspondence |
| 11 | | (including communications between facility and patient and or patient's |
| 12 | | representatives), diagnosis notes and reports, prognosis notes and reports, |
| 13 | | consultation records, sign-in sheets, documents relating to patient history, and |
| 14 | | examination and any other records or logs, handwritten notes, including but |
| 15 | | not limited to any records/documents that may be stored digitally and/or |
| 16 | | electronically."; |
| 17 | (6.) | Janak Mehtani, M.D., seeking "[a]ny and all records relating to decedent |
| 18 | | Daniel Shaham, from June 4, 2011, to the present, including but not limited |
| 19 | | to diagnoses, treatment (including therapy and prescriptions), and counseling |
| 20 | | for any medical or mental health condition including psychiatric, |
| 21 | | psychological, or drug or alcohol dependency, including applications and/or |
| 22 | | inquiries for service, medical records, summaries/reports, treatment and |
| 23 | | progress notes, tests, studies, laboratory reports or results, correspondence |
| 24 | | (including communications between facility and patient and or patient's |
| 25 | | representatives), diagnosis notes and reports, prognosis notes and reports, |
| 26 | | consultation records, sign-in sheets, documents relating to patient history, and |
| 27 | | examination and any other records or logs, handwritten notes, including but |

not limited to any records/documents that may be stored digitally and/or electronically.";

      (7.)    Miguel Fraguela, M.D., seeking "[a]ny and all records relating to decedent Daniel Shaham, from June 4, 2011, to the present, including but not limited to diagnoses, treatment (including therapy and prescriptions), and counseling for any medical or mental health condition including psychiatric, psychological, or drug or alcohol dependency, including applications and/or inquiries for service, medical records, summaries/reports, treatment and progress notes, tests, studies, laboratory reports or results, correspondence (including communications between facility and patient and or patient's representatives), diagnosis notes and reports, prognosis notes and reports, consultation records, sign-in sheets, documents relating to patient history, and examination and any other records or logs, handwritten notes, including but not limited to any records/documents that may be stored digitally and/or electronically."

    The subpoenas have a production date and time of August 6, 2018 at 10:00 a.m.

2. Plaintiff's counsel contend that the subpoenaed documents likely contain privileged information to which Defendants not entitled, and that the subpoenas as drafted are overbroad insofar as they seek discovery of all Daniel's medical records and so seek information protected by Daniel's physician-patient privilege and privacy rights, and which is neither proportional to the needs of this case nor relevant to the claims and defenses in this matter.

3. Plaintiff's counsel and Defendants' counsel met and conferred by email on July 17, 2018. The parties agree to the following "First-Look" Procedure:

    a. Counsel for Defendants shall instruct ACE Imaging Technologies, Inc. to obtain the subpoenaed documents on August 6, 2018; however, instead of producing the documents to counsel for Defendants, ACE Imaging Technologies, Inc. shall instead

1    produce the documents directly to Plaintiff's counsel's business address: Haddad &
2    Sherwin LLP, 505 17th Street, Oakland, CA 94612.
3       b. Upon receipt of the subpoenaed documents from ACE Imaging Technologies, Inc.,
4          Plaintiff's counsel will then have seven (7) business days to review the documents to
5          see if they contain any privileged information. If the documents do contain such
6          information, Plaintiff's counsel shall redact and/or withhold the pages containing that
7          information and Plaintiff's shall create a privilege log complying with Federal Rules
8          of Civil Procedure 45(e)(2)(A)(i)–(ii) and 26(b)(5)(A)(i)–(ii).
9       c. On or before the seventh (7th) business day after receiving the records from ACE
10         Imaging Technologies, Inc., Plaintiff's counsel shall serve the subpoenaed
11         documents by Federal Express Priority Overnight on Defendants' counsel; if
12         Plaintiff's counsel has redacted and/or withheld any information, they shall also
13         concurrently serve the privilege log described in ¶ 3(b), above.
14   4. Counsel for Defendants shall pay for ACE Imaging Technologies, Inc. in obtaining the
15      documents and producing them to Plaintiff's counsel, and Plaintiff's counsel shall pay to
16      send them by Federal Express Priority Overnight to Counsel for Defendants.
17   5. Counsel for Defendants reserves their rights to seek production of any documents that are
18      withheld and/or redacted by plaintiff's counsel pursuant to the terms of this agreement.
19      Should any such discovery dispute not be subject to resolution through the meet and confer
20      process, defendants reserve their rights to file discovery motions with the court seeking an
21      Order requiring production of withheld documents.

*/////*

*/////*

*/////*

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 25, 2018                  **HADDAD & SHERWIN LLP**

                                               /s/ *Maya Sorensen*

                                               MAYA SORENSEN
                                               Attorneys for Plaintiff IAN SMITH

DATED: July 25, 2018                   **Xavier Becerra**
                                               **Attorney General of California**

                                               By: */s/ Amie McTavish*
                                               Amie McTavish
                                               Deputy Attorney General
                                               Attorneys for Defendants

## (~~PROPOSED~~) ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: July 30, 2018.

                                               Hon. Edmund F. Brennan
                                               UNITED STATES MAGISTRATE JUDGE