XAVIER BECERRA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
AMIE C. MCTAVISH
Deputy Attorney General
State Bar No. 242372
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7663
  Fax: (916) 322-8288
  E-mail: Amie.McTavish@doj.ca.gov
*Attorneys for Defendants California Highway Patrol,
Chief Gillingwater and Officer Paul Shadwell*

Michael J. Haddad, State Bar No. 189114
Julia Sherwin, State Bar No. 189268
T. Kennedy Helm, State Bar No. 282319
Maya Sorensen, State Bar No. 250722
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, CA 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510
Email: Michael.Julia@haddadsherwin.com
*Attorneys for Plaintiff DENISE SMART*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENISE SMART,**<br><br>                                    Plaintiff,<br><br>       v.<br><br>**CALIFORNIA HIGHWAY PATROL, a state agency; CHIEF OF CHP NORTHERN DIVISION HEADQUARTERS, SCOTT GILLINGWATER, in his individual capacity; CALIFORNIA HIGHWAY PATROL OFFICER PAUL BRIAN SHADWELL; and DOES 1 through 10, individually, jointly and severally,**<br><br>                                    Defendants. | Case No. 2:17-CV-01075-TLN-EFB<br><br>**STIPULATION AND ORDER**<br><br><br>Judge: The Honorable Troy L. Nunley<br>Action Filed: May 23, 2017 |

1

1  WHEREAS due to the COVID-19 crisis key witnesses in this action are not available for
2  deposition;
3  WHEREAS continuing the dates in this matter is necessary to complete discovery;
4  WHEREAS a Settlement Conference is currently set for May 14, 2020;
5  WHEREAS the Court is available for Settlement Conference on September 24, 2020; and
6  The parties, by and through their respective attorneys of record, hereby stipulate to the
7  following order being issued in this matter:
8  1. Resetting the Settlement Conference to September 24, 2020 with Magistrate Brennan;
9  2. Resetting the deadlines in this case as follows:
10  Discovery Cut Off: July 17, 2020 to January 20, 2021;
11  Expert Disclosures to be exchanged: August 14, 2020 to February 5, 2021;
12  Supplemental Expert Disclosures: September 3, 2020 to February 19, 2021;
13  Dispositive Motion deadline: December 3, 2020 to February 19, 2021.
14  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

16  DATED: April 14, 2020                                 HADDAD & SHERWIN

                                                         By:  */s/ Michael Haddad*
                                                         As approved on April 14, 2020
                                                         Michael J. Haddad
                                                         Attorneys for *Plaintiff DENISE SMART*

21  Dated:  April 14, 2020                               Respectfully Submitted,

                                                         XAVIER BECERRA
                                                         Attorney General of California
                                                         CATHERINE WOODBRIDGE
                                                         Supervising Deputy Attorney General

                                                         */s/ Amie McTavish*

                                                         AMIE C. MCTAVISH
                                                         Deputy Attorney General
                                                         *Attorneys for Defendants California*
                                                         *Highway Patrol, Chief Gillingwater and*
                                                         *Officer Paul Shadwell*

**ORDER**

The Court hereby ORDERS the Scheduling Order modified as follows:

The Settlement Conference is reset for September 24, 2020, at 10:00 a.m., before Magistrate Edward F. Brennan;

The Discovery Cut-Off is extended to January 20, 2021;

Expert Disclosures shall be exchanged by February 5, 2021;

Supplemental Expert Disclosures due by February 19, 2021; and the

Dispositive Motion Hearing deadline is extended to April 1, 2021.

DATED: April 15, 2020

Troy L. Nunley
United States District Judge