MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiff
DENISE SMART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SMART, Individually and as Successor in Interest of Decedent DANIEL SHAHAM,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL, a state agency, CHIEF OF CHP NORTHERN DIVISION HEADQUARTERS, SCOTT GILLINGWATER, in his individual capacity; CALIFORNIA HIGHWAY PATROL OFFICER PAUL BRIAN SHADWELL; and DOES 1 through 10, individually, jointly and severally,<br><br>　　　　　　Defendants. | No: 2:17-cv-01075-TLN-JDP<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

All parties, by and through their counsel of record, stipulate and hereby move this court to modify its April 16, 2020, Scheduling Order (Doc. 44) to extend discovery and pretrial deadlines by approximately 3 months. The parties propose the following amended dates and deadlines (or as soon thereafter that the Court is available):

| Event | Current date | Proposed Date or Deadline |
| --- | --- | --- |
| Fact Discovery Cut-off | January 20, 2020 | April 20, 2021 |
| Expert Disclosures Deadline | February 5, 2021 | May 5, 2021 |
| Supplemental Expert Disclosures Deadline | February 19, 2020 | May 19, 2021 |
| Dispositive Motion hearing deadline | April 1, 2021 | July 1, 2021 |

Good cause exists to grant the requested modification:

1. This is a civil rights/wrongful death case involving the shooting death of Daniel Shaham against Defendant Officer Paul Shadwell.

2. After the deposition of the Defendant officer, the parties engaged in settlement discussions which ultimately consumed months due to the necessity for the CHP to involve multiple decision-makers in the process as well as pandemic-related delays. Then, the parties agreed to defer additional discovery pending a settlement conference with Judge Brennan, which could not take place for several months. Since that September, 2020, settlement conference did not settle this case, the parties have worked cooperatively to complete necessary discovery for dispositive motions and trial.

3. The Parties have exchanged extensive written discovery and taken the depositions of the Plaintiff, Defendant Shadwell, and multiple CHP personnel.

4. The Parties are currently involved in several distinct, but related discovery disputes concerning Officer Shadwell's mental condition and fitness for duty when he fatally shot Daniel Shaham on June 4, 2016. Defendants intend to file a Motion to Quash certain subpoenas Plaintiff

served on multiple entities.  Plaintiff intends to file a Motion to Compel discovery responses and a Motion for a Rule 35 exam.  The parties are scheduled for an informal discovery dispute conference with Judge Peterson on December 3, 2020 at 2:00 p.m.

     5.     The Parties anticipate that additional time will be needed to resolve these issues beyond the current deadlines.  If the motions are granted, the proposed modifications will provide the parties the necessary time to take further depositions, if necessary, and for the completion of the Rule 35 exam without the time constraints under the present scheduling order.

     6.     The parties are mindful of the Court's limited resources, especially during this pandemic.  All counsel will continue to work cooperatively to resolve remaining discovery issues in an orderly fashion and believe that they will complete all necessary discovery with this final three-month extension of discovery deadlines.

For the foregoing reasons, the Parties respectfully request that this Court enter an order extending the briefing schedule in this case as set forth above.

IT IS SO STIPULATED

DATED:  December 3, 2020          HADDAD & SHERWIN LLP

                                                    */s/ Teresa Allen*

                                                    TERESA ALLEN
                                                    Attorneys for Plaintiff

DATED: December 3, 2020           XAVIER BECERRA
                                                    Attorney General of California
                                                    CATHERINE WOODBRIDGE
                                                    Supervising Deputy Attorney General

                                                    /s/ *Amie C. McTavish*

                                                    AMIE C. MCTAVISH
                                                    Deputy Attorney General
                                                    Attorneys for Defendants

# **ORDER**

Based on the parties' stipulation, and with good cause appearing therefor,

IT IS HEREBY ORDERED that the previous Scheduling Order entered on April 16, 2020 (Doc. 44) is hereby modified, and that the following dates are set:

| Event | New Date or Deadline |
|---|---|
| Fact Discovery Cut-off | April 20, 2021 |
| Expert Disclosures Deadline | May 5, 2021 |
| Supplemental Expert Disclosures Deadline | May 19, 2021 |
| Dispositive Motion hearing deadline | **July 8, 2021** |

IT IS SO ORDERED.

Dated: December 3, 2020

Troy L. Nunley
United States District Judge