MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Denise Smart

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SMART, Individually and as Successor in Interest of Decedent DANIEL SHAHAM,<br><br>            Plaintiff,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL, a state agency, CHIEF OF CHP NORTHERN DIVISION HEADQUARTERS, SCOTT GILLINGWATER, in his individual capacity; CALIFORNIA HIGHWAY PATROL OFFICER PAUL BRIAN SHADWELL; and DOES 1 through 10, individually, jointly and severally,<br><br>            Defendants. | No: 2:17-cv-01075-TLN-JDP<br><br>STIPULATION AND ORDER FOR "FIRST LOOK" AGREEMENT RE: DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 45 SUBPOENA SEEKING DANIEL SHAHAM'S MEDICAL RECORDS<br><br>ECF No. 57 |

1

1    The parties, by and through their respective attorneys of record, hereby stipulate to the
2 following order being issued in this matter:
3    1. On December 14, 2020, Plaintiff's counsel received a Federal Rule of Civil Procedure 45
4       subpoena for the Production of Documents which counsel for Defendants served or will
5       serve by ACE Imaging Technologies, Inc. on the following entity:
6          (1.)   Alta Bates Summit Medical Center, Dr. Joon H. Yoon, seeking "[a]ny and all
7                 records relating to decedent Daniel Shaham, from January 1, 2010 to
8                 December 31, 2010, including but not limited to diagnoses, treatment
9                 (including therapy and prescriptions), and counseling for any medical or
10                mental health condition including psychiatric, psychological, or drug or
11                alcohol dependency, including applications and/or inquiries for service,
12                medical records, summaries/reports, treatment and progress notes, tests,
13                studies, laboratory reports or results, correspondence (including
14                communications between facility and patient and/or patient's
15                representatives), diagnosis notes and reports, prognosis notes and reports,
16                consultation records, sign-in sheets, documents relating to patient history, and
17                examination and any other records or logs, handwritten notes, including but
18                not limited to any records/documents that may be stored digitally and/or
19                electronically."
20      The proof of service states the notice was served on December 3, 2020, but Plaintiff's
21      counsel did not receive the notice in the mail until December 14, 2020.  The subpoenas have
22      a production date and time of December 30, 2020, at 10:00 a.m.
23   2. Plaintiff's counsel contend that the subpoenaed documents likely contain privileged
24      information to which Defendants are not entitled, and that the subpoena is overbroad insofar
25      as it seeks discovery of all Daniel Shaham's medical records, including information that is
26      neither relevant to this matter nor proportional to the needs of the case, and information
27      protected by Daniel Shaham's physician-patient privilege and privacy rights.
28

3. Plaintiff's counsel and Defendants' counsel met and conferred by email on December 15, 2020. The parties agree to the following "First-Look" Procedure:
    a. Counsel for Defendants shall instruct ACE Imaging Technologies, Inc. to obtain the subpoenaed documents on December 30, 2020; however, instead of producing the documents to counsel for Defendants, ACE Imaging Technologies, Inc. shall instead produce the documents directly to Plaintiff's counsel at: Haddad & Sherwin LLP, 505 17th Street, Oakland, CA 94612.
    b. Upon receipt of the subpoenaed documents from ACE Imaging Technologies, Inc., Plaintiff's counsel will then have seven (7) business days to review the documents to see if they contain any privileged information. If the documents do contain such information, Plaintiff's counsel shall redact and/or withhold the pages containing that information and shall create a privilege log complying with Federal Rules of Civil Procedure 45(e)(2)(A)(i)–(ii) and 26(b)(5)(A)(i)–(ii).
    c. On or before the seventh (7th) business day after receiving the records from ACE Imaging Technologies, Inc., Plaintiff's counsel shall serve the subpoenaed documents by Federal Express Priority Overnight on Defendants' counsel; if Plaintiff's counsel has redacted and/or withheld any information, they shall also concurrently serve the privilege log described in ¶ 3(b), above.
4. Counsel for Defendants shall pay for ACE Imaging Technologies, Inc. obtaining the documents and producing them to Plaintiff's counsel, and Plaintiff's counsel shall pay to send them by Federal Express Priority Overnight to Counsel for Defendants.
5. Defendants reserve the right to seek production of any documents that are withheld and/or redacted by Plaintiff's counsel pursuant to the terms of this agreement. Should any such discovery dispute not be resolved by the meet and confer process, Defendants reserve the right to file a discovery motion or otherwise seek an Order requiring production of withheld documents.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  December 15, 2020               **HADDAD & SHERWIN LLP**

                                        　/s/ *Julia Sherwin*
                                        ─────────────────────────────
                                        JULIA SHERWIN
                                        Attorneys for Plaintiff

Dated:  December 17, 2020               **Xavier Becerra**
                                        **Attorney General of California**


                                        By:  */s/ Amie McTavish*
                                        Amie McTavish
                                        Deputy Attorney General
                                        Attorneys for Defendants

4

**ORDER**

Pursuant to stipulation and for good cause shown, this stipulation is so ordered.

IT IS SO ORDERED.

Dated:   December 21, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

5