UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SMART,<br><br>            Plaintiff,<br><br>      v.<br><br>CALIFORNIA HIGHWAY PATROL, *et al.*,<br><br>            Defendants. | Case No.  2:17-cv-01075-TLN-JDP<br><br>ORDER CONSTRUING PLAINTIFF'S NOTICE OF REQUEST TO SEAL DOCUMENTS AS A MOTION CHALLENGING CONFIDENTIALITY DESIGNATIONS AND REQUIRING THE PARTIES TO SUBMIT A JOINT DISCOVERY DISPUTE STATEMENT<br><br>ECF No. 62<br><br>FOURTEEN-DAY DEADLINE |

On January 19, 2021, plaintiff filed a document entitled Plaintiff's Notice of Request to Seal Documents, or Preferably for an Order Filing Documents Unsealed, in Support of Plaintiff's Motion to Compel Discovery Responses.  ECF No. 62.  While styled as a motion to seal, plaintiff's motion actually seeks the court's permission to file without sealing documents that are designated as confidential under the parties' protective order.  *Id.* at 2 (arguing that defendants improperly designated documents as confidential).  The proper avenue for plaintiff to obtain permission to file these documents unsealed is to follow the procedures for challenging confidentiality designations in the protective order.  ECF No. 23 at 6-7.  The parties must comply with the requirements of the protective order before the court can rule on this matter.  These requirements include the requirement to meet and confer and to submit a joint discovery dispute

1

statement. Should the parties remain unable to resolve the issue without the court's involvement, the parties are directed to file a joint discovery dispute statement within 14 days of the date of this order.

This matter is hereby set for hearing on February 25, 2021 at 10:00 a.m. before Magistrate Judge Jeremy D. Peterson.

IT IS SO ORDERED.

Dated:    January 28, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE