MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiff
DENISE SMART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SMART, Individually and as Successor in Interest of Decedent DANIEL SHAHAM,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL, a state agency, CHIEF OF CHP NORTHERN DIVISION HEADQUARTERS, SCOTT GILLINGWATER, in his individual capacity; CALIFORNIA HIGHWAY PATROL OFFICER PAUL BRIAN SHADWELL; and DOES 1 through 10, individually, jointly and severally,<br><br>　　　　　　Defendants. | No: 2:17-cv-01075-TLN-JDP<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

All parties, by and through their counsel of record, stipulate and hereby move this court to modify its December 4, 2020, Scheduling Order (Doc. 56) to extend discovery and pretrial deadlines by approximately 3 months. The parties propose the following amended dates and deadlines (or as soon thereafter that the Court is available):

| Event | Current date | Proposed Date or Deadline |
| --- | --- | --- |
| Fact Discovery Cut-off | April 20, 2021 | July 20, 2021 |
| Expert Disclosures Deadline | May 5, 2021 | August 5, 2021 |
| Supplemental Expert Disclosures Deadline | May 19, 2021 | August 19, 2021 |
| Dispositive Motion hearing deadline | July 8, 2021 | October 7, 2021 |

Good cause exists to grant the requested modification:

    1.    This is a civil rights/wrongful death case involving the shooting death of Daniel Shaham against Defendant Officer Paul Shadwell.

    2.    The Parties are currently involved in related discovery disputes concerning Officer Shadwell's mental condition and fitness for duty when he fatally shot Daniel Shaham on June 4, 2016. Defendants filed a Motion to Quash certain subpoenas Plaintiff served on multiple entities. (Doc. 59). Plaintiff filed a Motion to Compel Defendants' discovery responses. (Doc. 65). Judge Peterson held a hearing for both motions on February 25, 2021, but has yet to issue a ruling on either motion. Once these issues are resolved, Plaintiff intends to file a Motion for a Rule 35 exam. Per Judge Peterson's instruction, Plaintiff has postponed filing the related Rule 35 motion until after the ruling on the pending motions.

    3.    The Parties anticipate that additional time will be needed to resolve these issues beyond the current deadlines. If the motions are granted, the proposed modifications will provide the parties the necessary time to take further depositions, if necessary, and for the completion of the Rule 35 exam without the time constraints under the present scheduling order.

4. The Parties reasonably believed that their previous stipulation to extend discovery and pretrial deadlines by approximately 3 months (Doc. 54) would have provided the parties and the Court sufficient time to address these matters. The parties are confident that all remaining discovery disputes will be resolved within the proposed modified deadlines.

5. The parties are mindful of the Court's limited resources, especially during this pandemic. All counsel will continue to work cooperatively to resolve remaining discovery issues in an orderly fashion and believe that they will complete all necessary discovery with this final three-month extension of discovery deadlines.

For the foregoing reasons, the Parties respectfully request that this Court enter an order extending the briefing schedule in this case as set forth above.

IT IS SO STIPULATED.

DATED:  March 29, 2021         HADDAD & SHERWIN LLP

                               */s/ Teresa Allen*
                               TERESA ALLEN
                               Attorneys for Plaintiff


DATED: March 29, 2021          MATTHEW RODRIQUEZ
                               Acting Attorney General of California
                               CATHERINE WOODBRIDGE
                               Supervising Deputy Attorney General

                               **/s/ *Amie C. McTavish***
                               AMIE C. MCTAVISH
                               Deputy Attorney General
                               Attorneys for Defendants

# ORDER

Based on the parties' stipulation, and with good cause appearing therefor,

IT IS HEREBY ORDERED that the previous Scheduling Order entered on December 4, 2020 (Doc. 56) is hereby modified, and that the following dates are set:

| Event | New Date or Deadline |
| --- | --- |
| Fact Discovery Cut-off | July 20, 2021 |
| Expert Disclosures Deadline | August 5, 2021 |
| Supplemental Expert Disclosures Deadline | August 19, 2021 |
| Dispositive Motion hearing deadline | **October 14, 2021** |

IT IS SO ORDERED.

Dated: March 31, 2021

Troy L. Nunley
United States District Judge